UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL BLISS and HAROLD KELSEY,

    Plaintiffs,

v.                                                    Case No:  2:14-cv-710-FtM-38DNF

ETM TAMIAMI, LLC, ANGELA J. ANGELILLI, FRANK G. ANGELILLI and RENAISSANCE MARBLE PRODUCTS, INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket.  On February 24, 2015, Plaintiffs filed an Amended Complaint (Doc. #17).  Federal Rule of Civil Procedure 15 allows plaintiffs the right to amend their complaint once within 21 days of serving it.  Fed. R. Civ. P. 15(a)(1).  Otherwise, plaintiffs may amend their complaint "only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Here, Plaintiffs failed to file their Amended Complaint within Rule 15(a)(1)'s 21-day deadline.  Nor did Plaintiffs seek leave of the Court or notify the Court that Defendants consented to this filing.  The Court, therefore, strikes Plaintiffs' Amended Complaint (Doc. #17) from the docket.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In addition, on February 27, 2015, Plaintiffs filed a Reply to Defendant's Response in Opposition to Plaintiffs' Motion to Dismiss Defendant's Counterclaims. (Doc. #19). Under Middle District of Florida Local Rule 3.01(c), a party must seek leave of Court before filing a reply memorandum directed to a pending motion. Here, Plaintiffs acknowledge in a Notice that they failed to obtain prior leave of the Court before filing their Reply. (Doc. #20). Consequently, the Court strikes Plaintiff's Reply (Doc. #19) from the docket.

Accordingly, it is now

**ORDERED:**

1. The Clerk of Court shall **STRIKE** Plaintiffs' Amended Complaint (Doc. #17).

2. The Clerk of Court shall **STRIKE** Reply to Defendant's Response in Opposition to Plaintiff's Motion to Dismiss (Doc. #19).

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record