UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL BLISS and HAROLD KELSEY,

    Plaintiffs,

v.                                                        Case No:  2:14-cv-710-FtM-38DNF

ETM TAMIAMI, LLC, ANGELA J. ANGELILLI, FRANK G. ANGELILLI and RENAISSANCE MARBLE PRODUCTS, INC.,

    Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiffs' Motion to Dismiss Defendants' Counterclaim (Doc. #14) filed on February 3, 2015.  One month after filing the instant Motion, Plaintiffs filed an Amended Complaint (Doc. #25), rendering Defendants' Answer and Counterclaim (Doc. #12) moot.  As a result, Plaintiffs' Motion is now moot.  However, if Defendants reassert their Counterclaim in their Answer to the Amended Complaint, Plaintiffs may renew their Motion at that time.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiffs' Motion to Dismiss Defendants' Counterclaim (Doc. #14) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 24th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record