UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL BLISS and HAROLD KELSEY,

    Plaintiffs,

v.                                      Case No:   2:14-cv-710-FtM-38MRM

ETM TAMIAMI, LLC, ANGELA J. ANGELILLI, FRANK G. ANGELILLI and RENAISSANCE MARBLE PRODUCTS, INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. #70) filed on October 27, 2015.  Judge McCoy recommends granting the parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #69) and approving the Settlement Agreement (Doc. #69-1) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.  (Doc. #70).  The parties have notified the Court that they do not have any objections to Judge McCoy's Report and Recommendation.  (Doc. #71).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See 28 U.S.C. § 636(b)(1); see also *Williams v. Wainwright,*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge McCoy's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #70).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #70) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #69) is **GRANTED**, and the Settlement Agreement (Doc. #69-1) is approved as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 27th day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record